[No. 20358-8-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA JO HENDRICKX, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-01099-2, Christine A. Pomeroy, J., entered February 1, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 20627-7-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN IVAN PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00216-1, William J. Kamps, J., entered April 1, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20647-1-II.    Division Two.    August 1, 1997.]

*In the Matter of the Marriage of* JOHN P. HAUNREITER, *Petitioner*, and LINDA L. YOUNG, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 90-3-00400-9, David R. Draper, J., entered March 21, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20875-0-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYCE A. BLANKENSHIP, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00109-5, H. John Hall, J., entered June 6, 1996. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.